ACCEPTED
04-14-00756-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/20/2015 1:11:32 PM
KEITH HOTTLE
CLERK

No.04-14-00756-CR

| | | | |
|---|---|---|---|
| STATE OF TEXAS Appellant | )( | IN THE | |
| | )( | | |
| VS. | }{ | FOURTH COURT | |
| | )( | | |
| COURVEN THOMAS, Appellee | )( | OF APPEALS | |

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
3/20/2015 1:11:32 PM
KEITH E. HOTTLE
Clerk

## MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF

Now comes the State of Texas, Appellee, in the above styled and numbered cause, and moves this Court grant an extension of time to file Appellee's Brief, pursuant to Rule 38.6 of the Texas Rules of Appellant Procedure, and for good cause shows the following:

1. This case is on appeal from the County Court at Law No. 2 and was styled at *The State of Texas v. Courven Thomas.* The trial court cause number is CCL-14-0533.

2. Notice of Appeal was given on 10/24/14 in the trial court. Notice of Appeal was filed with this Court on 10/29/14.

3. The clerk's record was filed on 12/9/14. A supplemental clerk's record was filed on 2/13/15. The reporter's record was filed on 12/15/14.

4. Appellee filed a motion for extension on January 14, 2015 because the trial had failed to file findings of fact and conclusions of law as required. That motion *was not* ruled on by this Honorable Court. Instead, this Court abated proceedings and ordered the trial court to submit its Findings of Fact and Conclusions of Law by 2/17/15. Consequently, the appellee has not been given any previous extensions.

5. Appellee's Brief is due March 20th, 2015.

6. Appellee's request a 30 extension.

7. Appellee relies on the following facts as good cause for the requested extension:

   a. The attorney for the State of Texas was originally being handled by Assistant County Attorney Jennifer Smith. It has since been by the County Attorney's office as Assistant County Attorney Chris Eaton.

   b. Mr. Eaton is the regular appellant attorney for the Guadalupe County Attorney's Office, but also does some appellate work for the Guadalupe County District Attorney's Office as it specifically request by that office. Mr. Eaton is currently working on the State's brief in *Alvin Valadez Jr. v. State of Texas*; 04-14-00626-CR, which is due April 9th, 2015.

   c. The trial court's conclusions of law included an additional issue that appellate counsel did not originally anticipate and has required addition research.

   d. At the time of the fillings of fact were submitted this attorney was attending the State Bar's Dawson's Juvenile Law Conference in Ft. Worth, Texas from February 16th, 2015 to February 18th, 2015 (Copy of Flyer is attached).

e. In addition, to his appellant duties, attorney for state is also the juvenile prosecutor for the Guadalupe County Attorney's Office, which requires regular court appearances, including detention hearings three times a week, weekly adjudication/disposition dockets, and bi-weekly drug court dockets. In addition, this attorney is preparing for the felony trial *In the Matter of C.M.* J-14-112, which is set on April 6th, and April 7th.

f. Attorney for appellee also handles the justice of the peace dockets for Justices of the Peace No. 1, 2, and 3, with court appears for each. This includes both trials before the court and jury trials.

**WHEREFORE, PREMISES CONSIDERED,** Appellee prays that this Court this Motion To Extend Time to File Appellee's Brief, and for such other and further relief as the Court may deem appropriate.

Respectfully Submitted,

Christopher M. Eaton
Assistant County Attorney
Guadalupe County, Texas
211 W. Court St.
Seguin, Texas 78155
SBN:24048234
PHONE:830-303-6130
FAX: 830-379-9491

**CERTIFICATE OF SERVICE**

I certify that on the 20th day of March, 2015, I delivered a true and correct copy of the foregoing motion was served on opposing counsel Susan Schoon, via email at sschoon@zslawoffice.com

_____
Christopher M. Eaton
Assistant County Attorney
Guadalupe County, Texas
211 W. Court St.
Seguin, Texas 78155
SBN:24048234
PHONE:830-303-6130
FAX: 830-379-9491